IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIKING INS. CO. OF WISCONSIN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 12-6899 |
| DANIEL RIVAS, a/k/a DANIEL RIVAS-MOLINA, *et al.*, | : |
| Defendant. | : |

**ORDER**

**AND NOW**, on this 1st day of May, 2013, upon consideration of the plaintiff's Motion for Service by Publication (Doc. # 26), **IT IS HEREBY ORDERED** that said motion is **DENIED** without prejudice. Plaintiff shall have 60 days from the date of this order to take further steps to serve Julio Santiago, John Ortiz, Daniel Rivas a/k/a Daniel Rivas-Molina, Kho Hok, Luis Arroyo, Guillermo Meneses, Miguel Fernandez, Juan Arroyo, Kunzi Efendy, Eagle Staffing Agency, Castillo Santos, Carlos Apardiso, Fernando Ruiz, O'Bryan Delgado, Elisaul Cabrerra Miranda, and Jose Alemon, and if unsuccessful may file a renewed Motion for Service by Publication.

                                           s/ William H. Yohn Jr.

                                           William H. Yohn, Jr., Judge